UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY PETERS | No. 1:24-mj-00096-JCN |

### COUNSEL FOR DEFENDANT'S MOTION TO WITHDRAW

NOW COMES Counsel and hereby moves for permission to withdraw in the above-docketed matter and, in support of said Motion, states as follows:

Counsel for Defendant was appointed by the Court in this matter on March 27, 2024, after an initial appearance was held. Multiple motions to extend time to indict Defendant have been filed and granted by this Court to enable the exchange and review of discovery and for purposes of exploring an alternate resolution to this case.

The attorney-client relationship in this matter has broken down and cannot be repaired. Defendant has expressed his desire to discharge Counsel and for new counsel to represent him on this matter. As such, Counsel is unable to discharge his duties to this client.

WHEREFORE, for the foregoing reasons, Counsel respectfully requests permission to withdraw in the above-docketed matter and for new counsel to be appointed.

Date: April 14, 2025

/s/ *Kurt C. Peterson, Esq.*
Kurt C. Peterson, Esq.
Attorney for Defendant
McKee Morgan, LLC, P.A.
133 State Street
Augusta, ME 04330
(207) 620-8294
kpeterson@mckeemorgan.com

## CERTIFICATE OF SERVICE

      I, Kurt C. Peterson, do hereby certify that, on the above date, I made service of the above document by electronically filing the same using the Court's CM/ECF system which will send notification of such filing(s) to the following:

Chris Ruge, Assistant U.S. Attorney

Date:  April 14, 2025                      /s/ *Kurt C. Peterson, Esq.*
                                                           Kurt C. Peterson, ME Bar # 6235