UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY PETERS | No. 1:25-cr- 00079 - SDN |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Receipt of Child Pornography)

On about October 28, 2023, in the District of Maine and elsewhere, defendant

**GARY PETERS**

knowingly received child pornography as defined in Title 18, United States Code, Section 2256(8)(A), using any means or facility of interstate and foreign commerce and in or affecting interstate and foreign commerce by any means, including by computer. Specifically, the defendant received an image of child pornography on a computing device inside the State of Maine from a computer server outside Maine using the internet.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A), 2252A(b)(1), and 2256(8)(A).

### COUNT TWO
### (Receipt of Child Pornography)

On about October 29, 2023, in the District of Maine and elsewhere, defendant

**GARY PETERS**

knowingly received child pornography as defined in Title 18, United States Code,

1

Section 2256(8)(A), using any means or facility of interstate and foreign commerce and in or affecting interstate and foreign commerce by any means, including by computer. Specifically, the defendant received an image of child pornography on a computing device inside the State of Maine from a computer server outside Maine using the internet.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A), 2252A(b)(1), and 2256(8)(A).

## COUNT THREE
### (Possession of Child Pornography)

Between about January 21, 2022 and about March 27, 2024, in the District of Maine, the defendant

**GARY PETERS**

knowingly possessed material containing an image of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and was produced using materials that had moved in interstate and foreign commerce. Specifically, the defendant possessed a photo and video files of child pornography that had been transmitted by computer using the internet and was possessed by the defendant in cellular phones, desktop and laptop computers, and in external and internal storage devices, that had previously been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2256(8)(A) and 2252A(b)(2).

## FORFEITURE NOTICE

Upon conviction of an offense alleged in Count One, Two, or Three of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, (1) any visual depiction or other matter containing such visual depiction or image of child pornography that was received or possessed as alleged in any count of this Indictment and (2) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense alleged in Count One, Two, or Three of this Indictment, including but not limited to:

a. One Samsung Galaxy S10. IMEI 356028100229617;

b. One Red Gateway laptop computer, S/N LXWQ011045097061601;

c. One ASUS Chromebook, S/N G4NLCX04F65116F;

d. One Samsung cellphone in black case, IMEI 355671103665294;

e. One black cell phone, IMEI 861273035419879;

f. One black external hard drive;

g. One desk top computer.

Date: 5/14/25

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

Grand Jury Foreperson

_____
(Assistant) United States Attorney

3