# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY PETERS | No. 1:25-cr-00079-SDN |

## PROSECUTION VERSION

On about October 28, 2023, defendant Gary Peters knowingly received child pornography over the internet and onto his cellular phone using an online messaging app. Peters knowingly received images of an actual minor, MV1, engaged in sexually explicit behavior. One image Peters received depicted MV1 standing on a gray and white carpet, naked, exposing one breast and her vagina. A pair of underwear were visible in the image, pulled down around one knee and one ankle. The breast and pubic area are focal points of the image. The face of the child is not visible, as the top frame of the image cuts off just below the shoulder. The child's right foot is on the floor, and the left foot is set on a higher level, apparently the height of a toilet seat. The placement of the left foot causes the legs to be spread, accentuating the focus on the pubic area. The angle of the photo and the presence of pubic hair does not make the labia major visible, but the prepuce does appear visible. The underwear is pulled down to the ankle of the left foot and just below the knee of the right leg, indicating that the underwear has been pulled down for the purpose of posing for the photo.

On about October 29, 2023, Peters received images of MV2 over the internet and onto his cellular telephone using the same online messaging app. One image of MV2 depicts her wearing a brown shirt and no garments covering her lower half. She has her

hand and fingers placed on her vagina, drawing additional attention to her pubic area as the focal point of the image. The picture is taken from the point of view of MV2, looking down at her own body. A second image of MV2, depicts a close-up of her vagina and anus. An unknown object is inserted into the vagina, indicating masturbation with the object.

Beginning no later than February 7, 2022, and continuing until March 27, 2024, in the district of Maine, Peters also possessed several electronic devices, including cellular phones, laptop computers, and a desk top computer, with external and internal drives, that contained child pornography Peters had obtained over the internet. Each of these devices was manufactured outside the state of Maine and had travelled in interstate and foreign commerce before Peters put the child pornography on it. These devices contained images and videos of minors in addition to MV1 and MV2. One such image shows a child of about 11 engaged in masturbation with her fingers.

Were this case to proceed to trial the government would produce testimonial and documentary evidence of the above-described conduct, including:

- Recorded admission of Peters regarding his online conduct in soliciting and receiving images from minors on line;
- Testimony of law enforcement agent who interviewed Peters, recovered devices from his home, executed search warrants on his online chat account, and forensically analyzed his devices;
- Images of child pornography and other documentary evidence of use and ownership recovered from Peters' electronic devices and online chat account, as well as documentary and forensic evidence showing that Peters received the contraband images over the internet on specified dates;

- Testimony of federal agents and the parents of MV1, MV2 and other children depicted in Peters' collection, confirming the identity and age of the children depicted;

- Expert and lay testimony regarding the origin of Mr. Peters' electronic devices and regarding the operation of the online chat app Peters used to obtain the images.

Date:   September 4, 2025                         CRAIG M. WOLFF
                                                  Acting United States Attorney


                                                  **/s/ Chris Ruge**
                                                  Chris Ruge
                                                  Assistant United States Attorney